# COUNTY OF SUFFOLK



**VINCENT PULEO**
SUFFOLK COUNTY CLERK

631-852-2000 ext. 55859

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆   MAR 03 2023   ☆

Date: 2/28/23

LONG ISLAND OFFICE

23CV 1187 SMA-SIL

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index #205559/2022, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,

Tracy Lorenz

Administrative Assistant

E-filing Coordinator

Rev. 12/02/2022



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

The Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original

**CLERKS MINUTES (NYSCEF)**

filed in my office on   02/28/2023

and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this   2/28/2023   .

SUFFOLK COUNTY CLERK

*(signature)*

VINCENT PULEO

SEAL



NYSCEF  
Suffolk County Supreme Court

**Document List**  
Index #   205559/2022

Created on:02/27/2023 03:56 PM

Case Caption:   **MARIAFRANCESCA GIOIA v. JANSSEN PHARMACEUTICAL**  
Judge Name:   **Stephen Hackeling**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT<br>FILED BY PRO SE IN HARD COPY | Processed | 11/10/2022 | Court User |
| 2 | NO FEE AUTHORIZATION (LETTER/ORDER/AFFIRMATION)<br>FILED BY PRO SE IN HARD COPY - AFF IN SUPPORT POOR PERSON ORDER | Processed | 11/10/2022 | Court User |
| 3 | POOR PERSON ORDER (PROPOSED)<br>FILED BY PRO SE IN HARD COPY   SEQ 001 | Processed | 11/10/2022 | Court User |
| 4 | EXHIBIT(S)<br>FILED BY PRO SE IN HARD COPY | Processed | 11/10/2022 | Court User |
| 5 | RJI -RE: OTHER<br>FILED BY PRO SE IN HARD COPY | Processed | 11/10/2022 | Court User |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>FILED BY PRO SE IN HARD COPY | Processed | 11/10/2022 | Court User |
| 7 | ORDER - POOR PERSON<br>DENIED | Processed | 11/22/2022 | Court User |
| 8 | NOTICE OF REMOVAL / REMAND (POST RJI) | Processed | 02/13/2023 | Kurland, T. |
| 9 | EXHIBIT(S)<br>Copy of the Notice of Removal filed in the federal court | Processed | 02/13/2023 | Kurland, T. |
| 10 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 02/15/2023 | Kurland, T. |

Page 1 of 1

FILED: SUFFOLK COUNTY CLERK 02/13/2023 07:11 PM
NYSCEF DOC. NO. 8

INDEX NO. 205559/2022
RECEIVED NYSCEF: 02/13/2023

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---------------------------------------------------------------- x

MARIAFRANCESCA GIOIA : Index No. 205559/2022

                        Plaintiff, : **NOTICE OF REMOVAL TO FEDERAL COURT**

vs. :

JANSSEN PHARMACEUTICALS, INC., :

                        Defendant. :

---------------------------------------------------------------- x

PLEASE TAKE NOTICE that on February 13, 2023, without submitting to the jurisdiction of this Court and without waiving any available defenses, Defendant Janssen Pharmaceuticals, Inc., by counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, filed a Notice of Removal of the above-captioned civil action to the United States District Court for the Eastern District of New York. A true and exact copy of the Notice of Removal filed in the federal court is attached hereto as **Exhibit 1**.

Dated:    New York, New York
           February 13, 2023

                                          PATTERSON BELKNAP WEBB & TYLER LLP

                                          By: _____
                                                  John D. Winter
                                                  Thomas P. Kurland
                                          1133 Avenue of the Americas
                                          New York, NY 10036
                                          T: 212-336-2000
                                          F: 212-336-2222
                                          E: tkurland@pbwt.com

                                          *Attorneys for Defendant*
                                          *Janssen Pharmaceuticals, Inc.*