**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARIAFRANCESCA GIOIA,

                Plaintiff,

   - against -                            **JUDGMENT**
                                          CV 23-1187 (NJC) (SIL)

JANSSEN PHARMACEUTICAL,

                Defendant.
-----------------------------------------------------------X

       An Order of Honorable Nusrat Jahan Choudhury, United States District Judge, having been filed on November 16, 2023, dismissing this action with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), denying *in forma pauperis* status for the purpose of any appeal, and asking the Clerk of Court to enter judgment accordingly, it is

       **ORDERED AND ADJUDGED** that Plaintiff Mariafrancesca Gioia take nothing of Defendant Janssen Pharmaceutical; that this action is dismissed with prejudice for failure to prosecute; that *in forma pauperis* status is denied for the purpose of any appeal; and that this case is closed.

Dated:  November 16, 2023
          Central Islip, New York

                                                            BRENNA B. MAHONEY
                                                             CLERK OF COURT

                                          BY:    /s/ JAMES J. TORITTO
                                                        DEPUTY CLERK